UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRIORITY RECORDS LLC, et al.,

    Plaintiffs,

    v.

LUIS TABORA,

    Defendant.
_____/

No. C 07-1023 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs' motion for default judgment against defendant Luis Tabora.

The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: May 23, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge