UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRIORITY RECORDS, LLC, et al.,

    Plaintiffs,

    v.

LUIS TABORA,

    Defendant.
_____/

No. C 07-1023 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed Magistrate Judge Zimmerman's report and recommendation re plaintiff's motion for default judgment. Defendant filed no objections to the report. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiffs' motion for default judgment is GRANTED.

Judgment will be entered in favor of plaintiffs against defendant in the amount of $4,920, which includes $4,500.00 in statutory damages and $420.00 in litigation costs. In addition, plaintiffs' request for an order prohibiting present and future infringement, pursuant to 17 U.S.C. § 502(a), is GRANTED.

**IT IS SO ORDERED.**

Dated: August 31, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge